AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ian Zachary Adams | ) Case No. 25-MJ-6509-PAB | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY ___SM___ D.C.

Aug 25, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2024 - January 28, 2025__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) and (b)(1) | Distribution of Child Pornography |
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of Child Pornography |
| 18 U.S.C. § 2251(a) | Production of Child Pornography |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Corrin Casper, FBI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FACETIME.

Date: August 25, 2025

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Honorable Panayotta Augustin-Birch, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Corrin Casper being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since April 2023. I am assigned to the FBI Child Exploitation and Human Tracking Squad in the FBI's Miami Field Office, which targets individuals involved in the online sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in numerous child exploitation investigations. I have also executed search warrants that have led to seizures of child pornography.

2. I am an investigative or law enforcement officer of the United States within the meaning of Sections 2510(7) of Title 18, United States Code. That is, I am an officer of I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251 and 2252, et seq.

3. The information contained in this Affidavit is based upon my own personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records obtained during the course of this investigation. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause for the issuance of a search warrant as requested herein.

1

4.      The information set forth in this Affidavit is provided in support of the attached criminal complaint charging Ian Zachary Adams ("ADAMS") with violations of Title 18, United States Code, Section 2252(a)(2) and (b)(1) (Distribution of Child Pornography), Title 18 United States Code, Section 2252(a)(4)(B) and (b)(2) (Possession of Child Pornography), and Title 18, United States Code, Section 2251(a) (Production of Child Pornography).

## PROBABLE CAUSE

5.      During the months of July through September 2024, the South Florida Internet Crimes Against Children ("ICAC") received Cybertips: #196236803, 197929366, 198257998, and 198728183, from the National Center of Missing and Exploited Children ("NCMEC"). The Cybertips as reported by Kik, indicated the target accounts uploaded numerous files of suspected child sexual abuse material ("CSAM") to their platform.

6.      All four (4) Cypertips were linked by Kik, as the tips originated from a common IP address: 68.74.128.13. The IP Address reported as an AT&T residential IP address, Geo-Locating to Fort Lauderdale, Broward County, Florida.

7.      On July 26, 2024, a Fort Lauderdale Police Department detective was assigned to investigate the Cypertip 196236803. A subpoena for subscriber records associated with the IP Address, 68.74.128.13, was sent to AT&T.

8.      On August 17, 2024, AT&T complied with the subpoena and provided the following subscriber records:

> BILLING PARTY
> Account Number: 133916877
> Name: [REDACTED][1] Adams
> Billing Address: [REDACTED] SW 50th Street, Fort Lauderdale, FL, 33312
> Acct Creation: 2014-02-28
> Account Status: Open

---

[1]     The name listed is not Ian Zachary Adams.

2

Account Email: ADAMS0426@ATT.NET
SERVICE INFORMATION:
Name: [REDACTED] Adams
**Service Address**: [REDACTED] SW 50th Street, Dania, FL, 33312-0000 ("ADAMS residence")
Contact Phone: x6064[2]
Contact Email: COPPER0426@gmail.com.

9.  Based on the service address being located outside the city of Fort Lauderdale, the case was reassigned to a Broward Sheriff's Office ("BSO") ICAC Detective, Alexander Quiles. Det. Quiles reviewed the Cypertip Reports, which revealed the following suspect account identifiers and captured IP Addresses, as provided by Kik:

> Cypertip #196236803
> Email Address: ANON1776@mail.com
> Screen/User Name: tittysprinkles0120
> IP Address: 68.74.128.13 assigned on 07-07-2024 @23:33:07 UTC
>
> Cybertip #197929366
> Email Address: anon1776@email.com
> Screen/User Name: showthebewbs0120
> IP Address: 68.74.128.13 assigned on 08-19-2024 @ 21:42:22 UTC
>
> Cybertip #198257998
> Email Address: anon1776@u.com
> Screen/User Name: potatoe12345678900
> IP Addresses: 68.74.128.13 assigned on 08-26-2024 @ 04:26:2024 UTC
>
> Cybertip #198728183
> Email Address: anon1776@ua.com
> Screen/User Name: showthebewbs0120.2
> IP Addresses 68.74.128.13 assigned on 09-05-2024 at 03:26:06 UTC

10. Within the four (4) Cybertips, a total of twelve (12) files of suspected child pornography were uploaded between July 2024 and September 2024. Detective Quiles reviewed all reported files and confirmed they were in fact child pornography.

---

[2]  Redacted for purposes of the criminal complaint.

11. Det. Quiles submitted a second subpoena to AT&T for subscriber records since three (3) of the Cybertips were outside the IP Assignment History date range initially provided to the Fort Lauderdale Police Department.[3]

12. On November 27, 2024, Detective Quiles obtained a state search warrant for the contents of the reported Kik Accounts. On December 28, 2024, MediaLab, the parent company of Kik, complied with the warrant and provided the contents of the reported accounts. Within the Kik accounts, there were more than twenty (20) unique child pornography files that depicted children ranging in ages from 2-16 years of age. The timeframe of when the images were transmitted ranges between July of 2024 through September of 2024.

13. Although there were more than twenty (20) unique files that did contain child pornography, four (4) are described below:

> User Name: potatoe12345678900_kow
> File Name: 912c7b71-baea-4517-9827-90b9a2b126ad.jpeg
> Upload IP: 68.74.128.13 on 2024-07-09 17:35:0
> **File Description:** An image that depicts an extreme closeup and lewd display of the vagina of a female child that is approximately 3 - 5 years of age. With an adult offender`s forefinger and thumb spreading the vagina open. This file was transmitted to user kolly(redacted)_rhz and uploaded from the user`s phone gallery from the IP address assigned to the residence service address located at [Redacted] SW 50th Unit 1, Dania Beach.
> This is associated with Cybertip # 198257998.
>
> User Name: tittysprinkles0120_adz
> File Name: 91491277-5930-4597-b4fd-427c66853cf7.jpeg
> Upload IP: 94.140.11.136 on 2024-06-28 21:07:40
> **File Description:** An image that depicts a female child that is approximately 1 -2 years of age that is nude from the waist down. The child`s legs are lifted and spread, lewdly displaying the vagina with what appears to be ejaculate on the child`s vagina. This file was transmitted to user s3nd(redacted)_add and uploaded from the user`s phone gallery from the IP address hosted through PacketHub S.A. which is based out of Panama City, Republic of Panama.
> This is associated with Cybertip #196236803.

---

[3] The initial requested period ended on July 4, 2024.

User Name: showthebewbs0120.2_1y2
File Name: a851f8a2-225a-4939-8d1e-8472e1fcda9e.mp4
Upload IP: 94.140.11.57 on 2024-09-05 04:14:08
**File Description:** A video that is approximately 2 minutes in duration depicting a female child that is approximately 8 - 10 years old completely nude masturbating and inserting a makeup brush into her vagina. The wall behind the child is purple and there appears to be a miniature horse figurine in the background. This file was transmitted to user bone(redacted)_t7g and uploaded from the user`s phone gallery from the IP address hosted through PacketHub S.A. which is based out of Panama City, Republic of Panama.
This is associated with Cybertip # 198728183.

User Name: potatoe12345678900_kow
File Name: 4cc17883-e432-472c-922d-404f2955409a.mp4
Upload IP: 185.203.218.252 on 2024-08-26 20:16:42
Filename: 4cc17883-e432-472c-922d-404f2955409a.mp4
MD5: 0345fbfd397dac3e40b8750dd8fccada
**File Description:** A video that is approximately 1 minute 59 seconds in duration depicting a male child that is approximately 11 - 12 wearing black shorts and no shirt touching the vagina of a completely nude female child that is approximately 14 - 16 years of age. As the video progresses the female child performs oral sex on a male child. This file was transmitted to user hmcx(redacted)_paq and uploaded from the user`s phone gallery from the IP address hosted through PacketHub S.A. which is based out of Panama City, Republic of Panama.[4]
This is associated with Cybertip #198257998.

14.     Upon review of the chatlog from user potatoe12345678900_kow to user mysig(redacted)_i45, the user potatoe12345678900_kow acknowledged that the files that were sent to mysig(redacted)_i45 contained images of those under the age of eighteen (18). These files include multiple images of a teenaged female with her breasts exposed. In the images the female

---

[4]     It should be noted that. Packethub S.A., headquartered in Panama, is allocated the Autonomous System Number ("ASN") AS141039. The company specializes in a wide array of services, including core infrastructure and security, managed security, full-stack managed services, IT operations, and Microsoft solutions. Their expertise also extends to identity and access control, surveillance, penetration testing, security posture assessment, and wireless telecommunications Notably, AS141039 is associated with NordVPN, a renowned provider of virtual private network (VPN) services. An IP address owned by Packethub S.A. and hosted in New York, US, is used by the NordVPN anonymization network to route user traffic, obscuring it from Internet Service Providers (ISPs) and masking user identities from servers on the Internet. (https://whoisyourvpn.com/network/packethub/).

is touching her breasts and sticking out her tongue in a provocative manner. A video depicting the lower bodies of a young female and male engaging in sexual intercourse was also sent to the user.

15. Further review showed user potatoe12345678900_kow knowingly sent child pornography to user stob(redacted)3iu, specifically, sending an image that depicts an extreme closeup and lewd display of the vagina of a female child that is approximately 3 - 5 years of age, with an adult offender`s forefinger and thumb spreading the vagina open. This was the same image sent to Kik user kolly(redacted)_rhz.

16. On January 13, 2025, a subpoena was submitted to AT&T to disclose any accounts for the addresses [Redacted] SW 50th St., Fort Lauderdale, [Redacted] SW 50th St., Dania, and [Redacted] SW 50th St., Dania Beach. The request covered the same street address in multiple cities due to differences listed in property records. The returns indicated the subscriber is "Ian Adams."

17. On January 28, 2025, a residential search warrant was obtained for the ADAMS residence located at [Redacted] SW 50th St, in the City of Dania Beach. On January 30, 2025, Broward Sheriff's Office, South Florida ICAC Task Force responded to the ADAMS' residence to execute the residential search warrant. Law enforcement made contact with four (4) documented residents inside the home. ADAMS was among them.

18. During the search, a total of seventeen (17) electronic devices were located and seized for forensic examination. All seventeen (17) devices were seized from ADAMS room. Inside of ADAMS room, law enforcement observed the following items which matched the background seen in images later linked to a review of his devices: a Confederate flag, a Ford vehicle grille mounted on the west blue wall, and a black cloth.

19.     Among other devices seized from ADAMS' room were a Samsung S7 device (SM-G930P), a Samsung S3 device (SPH-L710), and a SanDisk Cruzer Glide thumb drive. Four (4) images of child pornography content were located on the Samsung S7 device (SM-G930P). Two (2) images of child pornography content were located on the Samsung S3 device (SPH-L710), and on the SanDisk Cruzer Glide thumb drive (though both depicting the same images).

20.     The four (4) Cybertips listed an Android as the mobile operating system. Two (2) of the Cybertips (197929366 and 198257998) listed a Samsung SM-G981U device. A Samsung SM-G981U device was recovered from ADAMS' room, inside a dresser drawer. The other two (2) Cybertips (1967929366 and 198728183) listed an Android ID. No Apple products were recovered from inside ADAMS' room.

21.     Another device seized from ADAMS' room included a Samsung SM-916U, also recovered from his dresser drawer. Post-*Miranda*, ADAMS confirmed the Samsung SM-916U device was his and provided law enforcement with the password for access.

22.     Law enforcement reviewed a forensic extraction report for ADAMS' Samsung SM-916U device. Throughout ADAMS' Samsung SM-916U device, personal images of ADAMS, the ADAMS' residence, along with a photo of his Florida`s Driver`s license, reflecting the [Redacted] SW 50th St., address were found.

23.     Attribution for the target Kik accounts were located in the notes section of ADAMS Samsung SM-916U mobile device, to include:

   a. Email address: ANON1776@usa.com
   b. Kik Usernames: Potato12345678900, Eaglesfan796!, Kingofallpotatoes123, Stephanie6215<3
   c. Snapchat Username: shubstiz affiliated with email address anon1776@usa.com.

24.     Det. Quiles located a recording of a video chat call between ADAMS and a minor female in ADAMS' Samsung SM-916U device. The video creation date appears as August 2, 2024. A description of the video is below:

> The video is 1 minute and 37 seconds in duration. The recorded video is a screen recording from an application called "Monkey."[5] The video takes place in a room with a closed white door with a white door frame, blueish green walls with a defect on the wall, depicting a female child with her gray shirt exposing her breasts.[6] The child touches her breasts in a lewd display. The child is shown flicking her tongue in and out, then proceeds to dance. The child pulls down her pants then bends over, exposing her buttock. The child turns around then grabs a white toothed brush and appears to rub it on her vagina. The second party on the video chat call is shown in a "picture in picture" of a smaller screen, shows an adult male masturbating. His penis is clearly seen along with his face.

25.     The adult male in the video was identified by law enforcement as ADAMS. Through investigative measures, the child in the video was identified as the Minor Victim 1, age ten (10) at the time of the video. Due to the Minor Victim 1 residing in North Carolina, the investigation was then turned over to the Federal Bureau of Investigation, Special Agent Corrin Casper.

26.     Agent Casper also reviewed the above video between ADAMS and the Minor Victim 1. She further noted, the video begins with ADAMS' face in the upper left corner of the video. During the video, the Minor Victim 1 exposes her vagina, manually manipulates her breasts, and rubs on her vagina while ADAMS watches. ADAMS is observed masturbating during the video.

27.     On May 19, 2025, the Minor Victim 1 was interviewed about her communications with ADAMS. The interview was audio and video recorded. The Minor Victim 1 disclosed

---

[5] The Monkey application is designed for making friends and socializing. It facilitates random video chats between users. If both users choose to continue, the chat extends.
[6] This location was later verified by the Minor Victim 1's parent to be inside the bathroom of their residence.

meeting someone on the mobile application Monkey. When asked about the person's name, the Minor Victim 1 recalled the first name "Zachary." She confirmed the two engaged in video chats wherein their private parts were exposed. The Minor Victim 1 advised that she and ADAMS had communicated a couple times on the application, and he had asked for her other social media accounts in order to further contact her. She confirmed the two only communicated on the Monkey application.

28. Further review of ADAMS' Samsung SM-916U device, revealed SMS messages, from the Monkey App account, sent to ADAMS' telephone number ending in 7932. Two (2) examples are listed below:

    a. On 07/26/2024 4:51:13 PM(UTC-4) ADAMS received a verification code to his mobile device telephone number XXX-XX-7932[7] from telephone number 1-877-396-0017 which stated "Use 9066 as your Monkey verification code."
    b. On 07/26/2024 5:14:14 PM(UTC-4) ADAMS received a verification code to his mobile device telephone number XXX-XX-7932[8] from telephone number 1-877-396-0017 which stated "Use 0433 as your Monkey verification code."

29. On June 13, 2025, subscriber information for the suspect Monkey account belonging to ADAMS was requested from Monkey Squad, Inc. The following information was obtained:

    a. Subscriber A:
- App: Holla (formerly Monkey Squad, Inc.)
- Username: lordbanana
- Gender: Male
- Registered Phone Number:x7932[9]
- IP Log: 2024-08-02 68.74.128.13
- Device Type: Samsung SM-S916U
- Account Creation Time: 2024-08-02T19:38:53Z
- Last Login Time: 2024-08-02T20:06:30Z

---

[7]     Redacted for purposes of the complaint.
[8]     Redacted for purposes of the complaint.
[9]     Redacted for purposes of the complaint.

30. The returns show the same registered phone number associated with ADAMS. The IP Address, 68.74.128.13, is the same AT&T residential IP address associated with the Kik Cybertips, and warrant returns, also associated with ADAMS. The device type, SM-S916U, is the same device located inside ADAMS' bedroom dresser drawer.

31. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that ADAMS did commit violations of Title 18, United States Code, Section 2252(a)(2) and (b)(1) (Distribution of Child Pornography), Title 18 United States Code, Section 2252(a)(4)(B) and (b)(2) (Possession of Child Pornography), and Title 18, United States Code, Section 2251(a) (Production of Child Pornography).

**FURTHER YOUR AFFIANT SAYETH NOT.**

Corrin Casper, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
via FACETIME on this 25th day of August 2025.

HONORABLE PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE