# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Fort Lauderdale Courtroom 310                    Date: 9/26/2025    Time: 11:00AM

Defendant: Ian Zachary Adams     J#: 04777-512    Case #: 0:25-cr-60222-RS-1
AUSA: Felipe Plechac-Diac        Attorney: Jonathan S. Friedman
Violation: 18:U.S.C.§2252(a)(2) and (b)(1); 18:U.S.C.§2251(a) and (e); 18:U.S.C.§2252(a)(4)(B) and (b)(2)
Proceeding: Arraignment          CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:
Bond Set at:                     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses (Stuart Sokoloff)
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition: Defendant Not Present. See written plea of not guilty and waiver of appearance at arraignment pursuant to rule 10(B) filed on 9/21/2025 [DE 21]. Defendant Arraigned. Reading of Indictment Waived, Not Guilty Plea Entered Jury Trial Demanded, Standing Discovery Order Requested. Defense ore tenus motion for Entry of Standing Discovery Order- Granted-. All Further proceedings will be held in front of District Judge Rodney Smith.

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 11:20:34                              Time in Court: 10 Minutes

CHECK IF APPLICABLE: ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..